IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JIMMY PEREZ OLIVO                  *
                                   *
Plaintiff                          *     Civil No. 98-1418(SEC)
                                   *
v.                                 *
                                   *
SALIXTO MEDINA MALAVE, et al.      *
                                   *
Defendants                         *
*****************************

**JUDGMENT**

Pursuant to the opinion and order of even date, the above-captioned action is hereby **DISMISSED**. Judgement is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 30th day of September, 1999.

SALVADOR E. CASELLAS
United States District Judge





AO 72A
(Rev.8/82)