## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| JIMMY PEREZ OLIVO | § | |
| Plaintiff/Appellant | § | |
| | § | |
| | § | |
| v. | § | Civil  No.  98-1418(SEC) |
| | § | |
| | § | |
| SALIXTO MEDINA MALAVE, et al. | § | |
| Defendants | § | |
| | § | |
| | § | |
| ===============================/ | | |

### NOTICE OF APPEAL

NOTICE is hereby given that **Jimmy Perez Olivo,** plaintiff in the above captioned case, pro se, in forma pauperis federal inmate hereby appeals to the United States Court of Appeals for the First Circuit from judgment entered in this action, captioned above, entered on the 30th day of September 1999 and received by / served on plaintiff on the seventh day of October 1999, judgment from the Honorable District Judge Salvador E. Casellas of the United States District Court for the District of Puerto Rico. This **NOTICE OF APPEAL** is timely file on the the 11th day of October, 1999 the day it was delivered to Bureau of Prisons authorities for mailing in accord with **Houston v. Lack,** 487 U.S. 266.(1988)

Respectfully submitted on this 11th day of October,1999

Jimmy Perez Olivo, "pro-se"
B.O.P. Reg. No. 12576-069
M.D.C. Guaynabo, Unit 1-A
P.O. Box 2147, San Juan, P.R. 00922-2147